S. B. THOMAS *v.* BOARD OF SUPERVISORS OF HINDS COUNTY.

FEES OF SHERIFF.    *Notice to road-overseers.*    *Code* 1880, § 447.

Under code 1880, sheriffs, who deliver to road-overseers copies of their appointment, are not entitled to fees for entering and returning such copies, they not being writs within the meaning of § 447 of said code.

FROM the circuit court of the second district of Hinds county.

HON. J. B. CHRISMAN, Judge.

Appellant, Thomas, was sheriff of Hinds county from the year 1882 to 1889 inclusive, and, during that period, he served upon the various road-overseers of the county notices of their appointment, aggregating more than fifteen hundred. Section 835, code 1880, requires the clerk of the board of supervisors to deliver to the sheriff copies of all appointments of overseers of public roads, and requires the sheriff, within ten days after the receipt of the appointments, to deliver copies to the road-overseers, and to return the originals to the board of supervisors, with an indorsement thereon of such delivery. Section 447, of said code, allows sheriffs twenty-five cents for entering, and a like sum for returning each writ in his office. The same section provides that sheriffs, for executing all judgments, decrees, orders or process of the board of supervisors, shall be allowed the same fees as are allowed for similar services in the circuit court, but shall have no fee for delivering copy of appointment of overseers of public roads.

Thomas, having entered and returned, as required by law, all the above-mentioned copies of appointments, and not having received any compensation therefor, presented his claim to the board of supervisors, asking to be allowed

twenty-five cents for entering and twenty-five cents for returning each of the said copies.

The board of supervisors refused to allow the claim, and, appeal having been taken to the circuit court, judgment was there rendered for defendant, and Thomas appeals.

*D. S. Fearing,* for appellant.

It is evident from § 447, code 1880, that it was not intended to deprive sheriffs of all compensation for executing the copies, but simply to restrict them to fees for entering and returning them. It denies fees only for delivering them. In other respects the copies are writs.

*T. M. Miller,* attorney-general, for appellee.

CAMPBELL, C. J., delivered the opinion of the court.

The copy of the appointment of an overseer of the road, provided for by § 835 of the code of 1880, is not a "*writ*" within the meaning of § 447, and no fee is allowed for entering and returning these copies. The last clause of § 447 was to preclude any charge for delivering copies of appointments of overseers of roads under the language immediately preceding.

*Affirmed.*